WILLIAM MURRAIN, as Administrator of the Estate of MARTHA MURRAIN, Deceased, et al., Appellants, *v.* WILSON LINE, INC., et al., Respondents.

Submitted April 7, 1947; decided April 17, 1947.

Motion by appellants for reargument denied, with $10 costs and necessary printing disbursements.   [See 296 N. Y. 845.]